DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Janelly Landa, Esq. (ID #168652016)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Auto Finance LLC

Order Filed on February 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    SHARON K. EDDY,

              Debtor.

Case No.: 18-19684-JNP

Hearing Date: February 25, 2020

Judge.: Jerrold N. Poslusny

Chapter: 13

## ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 25, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Creditor, TD Auto Finance LLC, under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**one (1) 2014 Hyundai Tucson (V.I.N. KMBJUCAG1EU880336)**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.